# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TENNESSEE
# AT CHATTANOOGA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | Case No. 1:24-cr-16 |
| v. ) | |
| ) | Judge Travis R. McDonough |
| CADAIRYIAN WATT ) | |
| ) | Magistrate Judge Christopher H. Steger |
| ) | |

## ORDER

U.S. Magistrate Judge Christopher H. Steger filed a report and recommendation (Doc. 45) recommending that the Court: (1) grant Defendant's motion to withdraw his not guilty plea to Count Two of the five count Indictment; (2) accept Defendant's guilty plea to Count Two of the five count Indictment; (3) adjudicate Defendant guilty of enticement of a minor to engage in sexual activity in violation of 18 U.S.C. § 2422(b); and (4) order that Defendant remain in custody pending sentencing or further order of this Court.

After reviewing the record, the Court agrees with Magistrate Judge Steger's report and recommendation. Accordingly, the Court **ACCEPTS** and **ADOPTS** the magistrate judge's report and recommendation (Doc. 45) pursuant to 28 U.S.C. § 636(b)(1) and **ORDERS** as follows:

1. Defendant's motion to withdraw his not guilty plea to Count Two of the five count Indictment is **GRANTED**;

2. Defendant's plea of guilty to Count Two of the five count Indictment is **ACCEPTED**;

3. Defendant is hereby **ADJUDGED** guilty of enticement of a minor to engage in sexual activity in violation of 18 U.S.C. § 2422(b);

4. Defendant **SHALL REMAIN** in custody until further order of this Court or sentencing in this matter which is scheduled to take place on **December 6, 2024, at 9:00 a.m.**

**SO ORDERED.**

/s/ *Travis R. McDonough*
**TRAVIS R. MCDONOUGH**
**UNITED STATES DISTRICT JUDGE**